ORIGINAL

KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES   #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail:   Ken.Sorenson@usdoj.gov
          Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 15 2020
at 4 o'clock and 45 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 20-00001 LEK |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 371] |
| ANABEL CABEBE, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

<u>Conspiracy</u>
(18 U.S.C. § 371)

From a precise date unknown, but by at least May 16, 2013, and continuing to in or about December, 2015, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, ANABEL CABEBE, the defendant, Anthony Williams, not charged herein, and others known and unknown, did knowingly combine, conspire, confederate, and agree with one another, to commit offenses against the United States, that is, to knowingly transmit and cause to be transmitted, in interstate commerce, by means of wire communications, certain signs, signals, and sounds for the purpose of executing a scheme and artifice to defraud others, in violation of Title 18, United States Code, Section 1343.

<u>Manner and Means of the Conspiracy</u>

As part of the conspiracy:

1. Between the dates of May 16, 2013 and December 2015, in the District of Hawaii and elsewhere, Anthony Williams, and the defendant, ANABEL CABEBE, operated a scheme to defraud and obtain money from others by means of false and fraudulent representations of fact using interstate wire communications.

2. In effecting the scheme to defraud and to provide him with the appearance of legitimacy, Anthony Williams formed the entities "Mortgage

2

Enterprise Investments" (MEI), and the "Common Law Office of America" (CLOA). Through MEI, Anthony Williams. offered mortgage debt relief in Hawaii despite not having the required license to service mortgages. Through CLOA, Anthony Williams offered legal services including representation in mortgage related litigation, wills, trusts, power of attorney and document drafting and review despite not being licensed to practice law.

3. In operating his scheme to defraud, Anthony Williams represented himself to be an attorney, a "Private Attorney General," and a mortgage servicer. Anthony Williams marketed a debt relief program whereby homeowners with mortgages could simply pay him an upfront fee, and then pay him one-half of their regular mortgage payment, for one-half the term. In return, Anthony Williams falsely promised them he could and would eradicate their existing mortgage. Anthony Williams falsely claimed that by filing Uniform Commercial Code financing statements and bogus mortgage documents with the Hawaii Bureau of Conveyances, and notifying lenders that they no longer had a lien or mortgage on a subject property, and that homeowners' existing mortgages no longer existed.

//

//

## Overt Acts

In furtherance of the conspiracy, and to accomplish its objectives, Anthony Williams and CABEBE engaged in overt acts within the District of Hawaii and elsewhere, including the following:

1. Beginning in May of 2013 and continuing through 2015, CABEBE participated in the scheme to defraud others by introducing victims to Anthony Williams, and collecting a fee from them and notarizing bogus mortgage documents that were recorded with the Hawaii Bureau of Conveyances.

2. As part of the scheme to defraud others, on or about June 20, 2013, CABEBE notarized a document purporting to be a "Homeowner Service Guarantee Agreement," which was signed by Anthony Williams and victims R.L. and M.L.

3. As part of the scheme to defraud others, on or about September 22, 2013, co-conspirator M.J.C. in Honolulu sent a Moneygram wire to B.W.

4. As part of the scheme to defraud others, on or about May 28, 2015, Anthony Williams sent an e-mail to victims R.L. and M.L., which instructed them to remove their attorney in advance of a foreclosure proceeding in relation to their home.

//

5. On or about May 8, 2015, CABEBE notarized a document purporting to be a Note, which required victims A.S. and E.S. to pay MEI $400,000.

6. On or about June 25, 2015, CABEBE notarized a document purporting to be a Mortgage document, describing the Servicer/Mortgagee as MEI and describing the Secured Party Creditor as the victim L.T.

All in violation of Title 18, United States Code, Section 371.

DATED: January 15th, 2020, Honolulu, Hawaii.


_____
KENJI M. PRICE
United States Attorney
District of Hawaii


_____
KENNETH M. SORENSON
GREGG PARIS YATES
Assistant United States Attorney




United States v. Anabel Cabebe
Information
Cr. No.

5