

ORIGINAL

LEK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 16 2020

at 2 o'clock and 45 min. ☐ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00001 LEK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | NOTICE REGARDING EARLIER CHARGES FILED AGAINST DEFENDANT |
| ANABEL CABEBE, | ) ) ) | |
| Defendant. | ) ) ) ) | |

NOTICE REGARDING EARLIER CHARGES FILED AGAINST DEFENDANT

The United States Attorney's Office notifies the United States District Court for the District of Hawaii that the United States Attorney's Office is now filing an

Information that names as a defendant an individual previously charged in an Indictment filed in this Court.

NAME OF DEFENDANT: Anabel Cabebe

CASE NUMBER(S) IN WHICH DEFENDANT WAS PREVIOUSLY CHARGED IN THIS DISTRICT: Cr. No. 17-00101 LEK

STATUS OF DEFENDANT (check as appropriate):

| | |
|---|---|
| ☐ | Prior Case(s) Closed and No Supervision Ongoing |
| ☐ | Defendant Now Serving Custody Sentence in Prior Case(s) |
| ☐ | Defendant on Supervised Release or Probation |
| X | Prior Case(s) Still Ongoing |
| ☐ | Other (please explain; e.g., Defendant now a fugitive) |

DATED: January 16, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ Ken Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

2