# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CR-00001-LEK |
| CASE NAME: | United States of America v. Anabel Cabebe |
| ATTYS FOR PLA: | Kenneth M. Sorenson<br>Gregg Paris Yates<br>Megan Crawley, FBI |
| ATTYS FOR DEFT: | Michael Jay Green |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 01/16/2020 | TIME: | 2:35 p.m. - 3:00 p.m. |

COURT ACTION:  EP: INITIAL APPEARANCE, WAIVER OF INDICTMENT, ARRAIGNMENT AND PLEA TO THE SUPERSEDING INFORMATION held.

Defendant is present, not in custody.

Charge has been received.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Waiver of Indictment signatures verified, approved and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Mr. Sorenson recites the essential elements and the summary of evidence against the Defendant.

Plea of GUILTY to the Felony Information entered by the Defendant.  R&R signed, objections to recommendation are waived unless they are filed within 14 days.  Pre-Sentence report ordered from USPO.

SENTENCING as to the Felony Information set for May 28, 2020 at 3:30 p.m. before Judge Leslie E. Kobayashi.

Bail previously set forth shall remain in full effect.

**Government will move to dismiss the superseding indictment in 1:17-cr-00101-LEK-2 as to the defendant after sentencing.**

*Submitted by: Juliet Parker, Courtroom Manager.*