**ORIGINAL**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| v. ) Case No. 20-00001 LEK | JAN 16 2020 |
| ANABEL CABEBE ) | at 2 o'clock and 40 min. PM |
| ) | SUE BEITIA, CLERK |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/16/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MICHAEL GREEN
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Kenneth J. Mansfield
*Judge's printed name and title*