# MINUTES

CASE NUMBER:   1:20-CR-00001-LEK

CASE NAME:   United States of America v Anabel Cabebe

JUDGE:   Kenneth J. Mansfield   REPORTER:

DATE:   01/16/2020   TIME:

COURT ACTION:  EO:

At the Initial Appearance; Waiver of Indictment; Arraignment and Plea of Guilty to the Felony Information hearing held today, Government moved to seal the First Information. Request was GRANTED.

Government to follow with an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*