KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:       Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  20-001 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO RESCHEDULE SENTENCING DATE |
| vs. | ) ) | |
| ANABEL CABEBE, | ) ) | Old Date:   July 2, 2020 New Date:  October 15, 2020 |
| Defendant. | ) ) | Time:       2:30 p.m. Judge:      Hon. Leslie K. Kobayashi |

## STIPULATION AND ORDER TO CONTINUE SENTENCE

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii, the United States of America and the defendant, Anabel Cabebe, through their respective attorneys, jointly request and stipulate to a continuance of the sentencing date from July 2, 2020 to October 15, 2020.

Good cause supports this joint request and stipulation. Additional time is required before the defendant's sentencing in part to complete the presentence investigation, including for instance, properly calculating the actual and intended fraud loss of the victims. As the Court is aware, the defendant in this matter has pled guilty to a conspiracy involving the same underlying conduct at issue in *United States v. Anthony Williams et al.,* Cr. No. 17-101. At issue in both matters is a complex mortgage fraud involving at least 112 victims in the State of Hawaii alone.

Moreover, good cause supports a continuance of the defendant's sentencing because the defendant has agreed to cooperate with the government, including providing testimony at the sentencing hearings of co-defendants. Sentencing for Anthony Williams is currently scheduled for July 9, 2020, but the government is seeking to continue that sentencing to September 3, 2020. A continuance of the defendant's sentencing to a date following the sentencing hearing in *Williams*

would permit the government to evaluate the defendant's assistance and to credit the defendant's efforts in a motion pursuant to U.S. Sentencing Guidelines Section 5K1.1.

In light of the foregoing, the parties jointly request and stipulate to a continuance of the defendant's sentencing date from July 2, 2020 to October 15, 2020.

DATED: June 2, 2020, at Honolulu, Hawaii.

> KENJI M. PRICE
> United States Attorney
> District of Hawaii
>
> By /s/ Gregg Paris Yates
> KENNETH M. SORENSON
> GREGG PARIS YATES
> Assistant U.S. Attorneys
>
> /s/ Michael J. Green
> MICHAEL J. GREEN
> Attorney for Defendant
> ANABEL CABEBE

3

ORDER CONTINUING SENTENCING

Based upon the representations of counsel and the stipulations of the parties, IT IS HEREBY ORDERED that:

The Court finds good cause to continue the Sentencing for Defendant Anabel Cabebe that was previously scheduled for July 2, 2020 at 3:30 p.m., to October 15, 2020 at 2:30 p.m., pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED: June 2, 2020, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States v. Anabel Cabebe, Cr. No. 20-00001 LEK
"Stipulation and Order to Continue Sentencing"