

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 25 2020

DISTRICT OF HAWAII

Letter

## MICHAEL JAY GREEN & ASSOCIATES, INC.

841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Tel 808.521.3336
Fax 808.566.0347

August 24, 2020

Kenneth M. Sorenson - ken.sorenson@usdoj.gov
Greg Yates - gregg.yates@usdoj.gov
Assistant U.S. Attorneys
United States District Court
300 Ala Moana Blvd., Suite 6100
Honolulu, HI 96850

Darsie Ing-Dodson - darsie_ing-dodson@hip.uscourts.gov
Senior U.S. Probation Officer
U.S. Pretrial Services
300 Ala Moana Boulevard, Room 2100
Honolulu, HI 96850

   Re: USA v. Anabel Cabebe;
     Case No.: 20-00001 LEK

Dear Ken, Greg and Darsie:

  I would like to request additional time to respond to the proposed Presentence Report filed on August 6, 2020.

  If you have any questions, please do not hesitate to contact me at (808) 521-3336.

Very truly yours,

MICHAEL JAY GREEN

cc: Hon. Leslie E. Kobayashi