# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00001 LEK

CASE NAME:       USA vs. Anabel Cabebe

JUDGE:    Leslie E. Kobayashi          DATE:       08/25/2020

COURT ACTION:   EO: GRANTING [18] letter request by defendant, Anabel Cabebe for additional time to respond to proposed Presentence Report.

On 8/25/2020, the Court received a correspondence from defense counsel Michael Jay Green's office requesting additional time to respond to the proposed Presentence Report filed on August 6, 2020.

The Court GRANTS the request, however, the Court notes no time period was requested for the extension.  Therefore the court extends the deadline for 7 days and, upon the request of Probation, may correspondingly continue the sentencing date.

Submitted by: Agalelei Elkington, Courtroom Manager