KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  20-001 LEK |
| Plaintiff, ) | SECOND STIPULATION AND ORDER TO RESCHEDULE SENTENCING DATE |
| vs. ) | |
| ANABEL CABEBE, ) | Old Date:   October 15, 2020 |
| ) | New Date: January 20, 2021 |
| Defendant. ) | Time:      1:30 p.m. |
| ) | Judge:     Hon. Leslie K. Kobayashi |

SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure, the United States of America and the defendant, Anabel Cabebe, through their respective attorneys, jointly request and stipulate to a continuance of the sentencing date from October 15, 2020 to January 20, 2021.

Good cause supports this joint request and stipulation to properly account for and credit the defendant for her substantial assistance with the *Williams* matter. The defendant testified at the month-long trial in *Williams* and Anthony Williams was convicted of 32 counts of wire fraud and mail fraud. The defendant has also agreed to provide further assistance in the event that her testimony is required at the sentencing of Anthony Williams. Sentencing for Anthony Williams had previously been scheduled for September 22, 2020, but this sentencing was moved recently to October 26, 2020 at Williams's request. *See* Docket No. 1071, *United States v. Anthony Williams et al.*, Cr. 17-00101 LEK. A continuance of the defendant's sentencing to a date following the sentencing hearing in *Williams* would permit the government to more completely credit the defendant's efforts in a motion pursuant to U.S. Sentencing Guidelines Section 5K1.1. Local Rule 32.1(l) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii requires that a motion pursuant to U.S. Sentencing Guidelines 5K1.1 be filed not less than 21 days before sentencing.

In light of the foregoing, the parties jointly request and stipulate to a continuance of the defendant's sentencing date from October 15, 2020 to January 20, 2021.

DATED: September 2, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By  /s/ Gregg Paris Yates
KENNETH M. SORENSON
GREGG PARIS YATES
Assistant U.S. Attorneys


*/s/ Michael J. Green*
MICHAEL J. GREEN
Attorney for Defendant
ANABEL CABEBE

## ORDER CONTINUING SENTENCING DATE

Based upon the representations of counsel and the stipulations of the parties, IT IS HEREBY ORDERED that:

The Court finds good cause to continue the Sentencing for Defendant Anabel Cabebe that was previously scheduled for October 15, 2020 at 2:30 p.m. to January 20, 2021 at 1:30 p.m., pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: September 2, 2020, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States v. Anabel Cabebe, Cr. No. 20-00001 LEK
"Second Stipulation and Order to Continue Sentencing Date"