

**MICHAEL JAY GREEN & ASSOCIATES, INC.**　　　　　Letter

841 Bishop Street, Suite 2201<br>
Honolulu, Hawaii 96813<br>
Tel 808.521.3336<br>
Fax 808.566.0347

September 4, 2020

**VIA FAX: 541-1181**
Honorable Leslie Kobayashi
United States District Court
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 968550

　　　Re:　***United State of America v. Anabel Cabebe***;
　　　　　Case No.: 20-00001 LEK

Dear Judge Kobayashi:

　　　On August 24, 2020, I submitted a letter requesting an extension of time to file Defendant's Sentencing Statement. Unfortunately, the letter did not include a specific extension of time needed. As a result, the Court granted a seven-day extension. For the reason set forth below, I respectfully request that this deadline be rescheduled to December 18, 2020.

　　　On September 2, 2020, the Court approved the parties' Second Stipulation and Order to reschedule the Sentencing Date regarding Defendant Cabebe. Defendant's new Sentencing date is January 2021. Based on the new Sentencing date, the Probation Officer has calculated a new Sentencing Statement deadline of December 18, 2020.

　　　If you have any questions, please do not hesitate to contact me at (808) 521-3336.

　　　Thank you.

Very truly yours,<br><br>
<i>[signature]</i><br>
MICHAEL JAY GREEN