MICHAEL JAY GREEN    4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
Email: michael@michaeljaygreen.com

Attorney for Defendant
ANABEL CABEBE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 20-00001 LEK |
|---|---|
| Plaintiff | ) |
| | ) **DEFENDANT ANABEL CABEBE'S** |
| | ) **SENTENCING STATEMENT and** |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| ANABEL CABEBE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT ANABEL CABEBE'S SENTENCING STATEMENT**

Defendant ANABEL CABEBE has no objections, additions or corrections to the draft pre-sentence report. Any further statements will be made at Sentencing.

DATED: Honolulu, Hawaii, December 18, 2020.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, and by the methods of service noted below, a true and correct copy of the foregoing was served on the following parties at their last known address as follows:

KENNETH M. SORENSON                                    **CM/ECF**
Ken.Sorenson@usdoj.gov
GREGG PARIS YATES
Gregg.Yates@usdoj.gov
Assistant United States Attorneys
    Attorneys for UNITED STATES OF AMERICA

DARSIE J.T ING-DODSON                                  **E-MAIL**
U.S. Probation Officer
300 Ala Moana Blvd., Room 2-300
Honolulu, HI 96850

DATED:   Honolulu, Hawaii, December 18, 2020.

                                        /s/ Michael Jay Green
                                        MICHAEL JAY GREEN
                                        Attorney for Defendant