MICHAEL JAY GREEN 4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: michael@michaeljaygreen.com

Attorney for Defendant
ANABEL CABEBE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANABEL CABEBE,<br><br>　　　　　　Defendant. | CR. NO. 20-001 LEK<br><br>**DEFENDANT ANABEL CABEBE'S SUBMISSION OF CHARACTER LETTERS; CERTIFICATE OF SERVICE**<br><br>Sentencing Date: January 27, 2021<br>Time: 11:00 a.m.<br>Judge: Hon. Leslie E. Kobayashi |

DEFENDANT ANABEL CABEBE'S
SUBMISSION OF CHARACTER LETTERS

Defendant ANABEL CABEBE ("Cabebe"), by and through her attorney, Michael Jay Green, hereby submits letters in support of Defendant Cabebe's character.

DATED: Honolulu, Hawaii, January 26, 2021.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant



Wed, Jan 13, 2021 at 8:46 PM

From: mary cordero <mary.cordero@aol.com>
Date: January 13, 2021 at 4:08:12 PM HST

To Whom It May Concern:

I am Mary Cordero, Publisher of the Fil-Am Courier, Hawaii's longest running and leading Filipino publication in the State of Hawaii.
Our bi-weekly newsmagazine was established in November 1987. We are fortunate to have many contributing writers who write and
contribute articles, op-ed pieces, commentaries and share their stories throughout the 33 years.

One of our contributing writers is Anabel G. Cabebe who tirelessly and unconditionally shares her god given talent with our readers.
I have personally witnessed how she follows through with meeting deadlines and even goes out of her way to help with ad solicitations to help keep this publication afloat especially during challenging times. No doubt, she is a team player who we can always rely on.

Anabel is also an active community leader who advocates and supports many community events and projects. Whenever she is called to help, she wholeheartedly gives her time, energy and her resources. She doesn't ask for anything in return. She even uses her own money to fund many charitable causes. I have seen her diligence, commitment and dedication. Her love for her community is unquestionable and uncontested. That's because her heart is always in the right place.

I am honored and privileged to have known Anabel and we have become close friends for over three decades now. She is a true public servant and a devout Christian.

Should you need additional information and testimony, please do not hesitate to contact me at 808-478-9688.

Sincerely,

Mary L. Cordero
Publisher
Fil-Am Courier



Fri, Jan 15, 2021 at 9:30 PM

From: Luana Alapa <luanaalapa@gmail.com>
Date: January 15, 2021 at 7:29:51 PM HST

To whom it may concern,

My name is Luana Alapa, Director of the prestigious Mrs and Miss Hawaii America State pageant for 28 years, and newly elected Trustee to the Office of Hawaiian Affairs. I am also an insurance agent for National life group and Assistant Director for Larson Talent Agency Hawaii. I have been involved in the beauty industry for over 30 years and during this time I have had the blessed fortune to meet Anabel Cabebe. If there are only three words to describe her they would be: Heart of Gold.

Anabel is one who I could always count on especially when it came to garnering support for my state pageants through her generous contribution of food to help feed our judges and contestants as well as obtaining sponsors of my state pageants such as Trophy sponsors, Advertisement sponsors for our state pageant program book, prizes for my state queens, and much more. Anabel didn't wait for me to call her and ask for support, she instead would contact me and offer to help me! She has come through at the last minute whenever I was in a crunch and she never disappoints! I know when Anabel says she will commit to something, her word is as good as Gold.

Anabel has given unselfishly of her time and energies to many charitable events and I have personally helped her in return for her kind support. There are very few people in my life who I can count on and Anabel Cabebe is one of them. Should you need additional information please contact me at 808-782-1119.

Warmest regards,
Luana Alapa
OHA Trustee Molokai-Lanai

**Blue Water Resources, LLC**
94-408 Akoki St #202
Waipahu, HI 96797
Phone: (808) 678-3661
Fax: (808) 678-3662

Jan 16, 2021

To Whom It May Concern:

My name is Sarah Suzuki. I am the Administrator for Blue Water Resources (BWR), LLC, a State of Hawaii licensed case management agency since 2002. We provide case management services to the aged, blind, and disabled population in Oahu and the Big Island of Hawaii.

Anabel Cabebe owns and operates a State of Hawaii certified community care foster family home (CCFFH). BWR has placed clients, and continues to do so, at Anabel's CCFFH. Anabel, along with her substitute caregivers, care for the health and well-being of clients who need help with daily tasks and activities. This is a 24/7 responsibility and one that Anabel does not take lightly. Anabel does not shy away from caring for challenging clients. She treats the clients with respect and considers them as part of her family.

If you have any questions about this letter, please contact me at the numbers indicated above.

Sincerely,

Sarah Suzuki, RN, MBA, CCM



# Bible Baptist Church of Honolulu, Inc.

94-210 Hanawai Circle • Waipahu, Hawaii 96797 • Phone (808) 677-1473
Cell (808) 368-3590 • fernie.nicolas@yahoo.com

REV. FERNIE S. NICOLAS, SR.
FOUNDER / SENIOR PASTOR

January 18, 2021

To Whom It May Concern:

    My name is Reverend Fernie S. Nicolas, Founder and Senior Pastor of Bible Baptist Church of Honolulu, Incorporated for more than 37 years. I have been a Notary Public in the State of Hawaii for more than 17 years, a Community leader, former Neighborhood Board member of the City and County of Honolulu and owner of small businesses; the FSN Travel Agency and FSN Driving School respectively for 32 years.

    I have known Ms. Anabel Cabebe for more than 20 years. In my close association with Anabel, I have found her to be a faithful, unselfish, consistent, hardworking, honest, and conscientious person. Her contribution to the community, other ethnic groups and churches as well has been great especially during these unprecedented times. Her love for God, family and Country is unquestionable. In my opinion, she possesses good moral character and integrity.

Done in the City and County of Honolulu, State of Hawaii, on January 18, 2021. Should you need additional information please do not hesitate to call me at (808) 368-3590.

With kindest regards,

*Rev. Fernie S. Nicolas Sr.*

Rev. Fernie S. Nicolas

*" It Does Make A Difference What You Believe"*

Wed, Jan 20, 2021 at 8:45 PM

**From:** Marissa Leanne Cabebe <marissacabebe@hotmail.com>

**Subject: Letter for Mom**

To Whom It May Concern:

I am Marissa Leanne Cabebe, daughter of Anabel Cabebe.

My mother raised me on the island of 'Oahu, Hawaii with my father, Joel Cabebe.

My mother has always been an active community leader throughout Oahu and in her church. I have seen her take upon multiple projects at a time. She works tirelessly to make sure everything is run to perfection. Adding to her list are a variety of community events that are held year round. She never disappoints and is always giving and providing her time and energy.

My mother never expects or asks for anything in return. She may even use money out of her own pocket to support a cause. Nonetheless, she never forgets to put family first. Wherever and whenever I call for help, she is there for me.

Please do not hesitate to contact me at 808-554-4294 if you need any additional information.

Sincerely,

Marissa Leanne Cabebe

## Law Offices of
# BENJAMIN DUMLAO MARTIN

Attorney-At-Law
(808) 526-3836

Mail Address:

P.O. Box 179445
Honolulu, Hawaii 96817

January 21, 2021

To whom it may concern:

RE:   Anabel C. Cabebe

I first met Anabel Cabebe about twenty (20) years ago when I attended a fundraising meeting sponsored by a local Filipino club, where she was one of the principal organizers. Ms. Cabebe is and has been a very persistent participant or sponsor in fundraising events involving academic scholarships for deserving local students, collecting relief goods for typhoon victims as well gathering medical equipment and medications for the Philippines.

Without regard for personal accolades, Ms. Cabebe's commitment is to serve first in whatever personal or financial capacity. Since she used to own and operate a food business in Honolulu, she freely donated "lechons" (roasted pigs), refreshments and Filipino delicacies for various organizations; often to the delight of everyone, including foreigners. She may be small in stature but she effortlessly find ways to get things done. For example, her ability to gather volunteers and work with them in the exhaustive food preparation, cooking and delivery exemplify her leadership in action.

Also, Ms. Anabel has impressed me with her ability to express her own thoughts and ideas in her many uplifting articles contributed with the Fil-Am Courier over the years. Additionally, in one event, and many others thereafter, her singing talent has liven up the guests and encouraged others to share their hidden talents and skills.

Over the years, she has visited many times our home, an hour away from Honolulu, and during those visits I have come to appreciate her drive, faith in the Lord, and commitment to serve. I have been at the other end of her selflessness and generosity.

Feel free to contact me at 808 927-1229, if I could be of further assistance.

Sincerely,

/ss// Ben Martin

January 24, 2021

To Whom It May Concern:

My name is Imelda Fines Gasmen, instructor in Filipino language at the University of Hawai'i and founder of the Filipino for Kids Hawaii program. I am also an active member of several community groups here in Hawaii.

In most of the community programs and church events I have been involved with, I have witnessed and experienced the invaluable support and incredible generosity of Anabel Cabebe. At the Filipino Community Center where I serve as a board member, she has generously contributed gift prizes for our fundraising events. Through her catering business, she has donated lechon (whole roasted pig) and other popular Filipino dishes to events that I have organized such as the Filipino for Kids summer program and my Filipino classes at the university. And what's commendable with Anabel is that she would take time to personally prepare, cook and deliver these sumptuous food to everyone's delight. Sharing her amazing cooking prowess has been instrumental in preserving and celebrating our rich Filipino culture and cuisine especially to the younger generation and to the public in general.

What strikes me with Anabel is her altruistic character where she would give and share her time and resources freely and selflessly not just to organizations and churches but to individuals needing help. She would extend her help whether it's providing food, shelter or time without expecting any reward or payback. She wouldn't have second thoughts in offering her time, talent and resources in any circumstances. Anabel demonstrates a true Christian character filled with love, peace, kindness, and generosity. She has indeed impacted many lives in the community with her passion of helping and compassion for people.

Should you need more information, please feel free to contact me at 808-230-3774.

Sincerely,

Imelda F. Gasmen

January 24, 2021

To Whom It May Concern:

My name is Remie Carlos. I feel I need to speak or make statements on behalf of Anabel Cabebe.

Anabel Cabebe is my church friend and I personally have known her as a kind, compassionate person and also known her generous in nature. I'm honored and privileged to have known her. Anabel and I have been close friends for over 20 years now. She is a true public servant and devout Christian. Please consider my thoughts regarding justice for Anabel Cabebe and have mercy for a good woman and child of God.

If you need more information, please feel free to contact me at 808-479-4773.

Sincerely,

*Remie Carlos*

Remie Carlos
1497 Molehu Dr.
Honolulu, HI 96818





# The House of Representatives

hereby presents this certificate to

**ANABEL CABEBE**

2018 Caregiver Recognition Day

35 Years of Service

CHCAH

WHEREAS, the people of Hawaii are proud to recognize those special individuals who selflessly provide quality healthcare services to our kupuna and people with disabilities; and

WHEREAS, in 2009, the Hawaii State Legislature passed a bill establishing Caregiver Recognition Day to acknowledge the significant contributions our healthcare providers make to those in need and the support they provide to improve the quality of life for all; and

WHEREAS, the State of Hawaii recognizes the superb commitment and effort demonstrated by individuals and organizations that protect and promote Hawaii's greatest asset - our many caregivers who render round-the-clock care to the elderly and the disabled in the community; and

WHEREAS, this year marks the 10-year anniversary of Caregiver Recognition Day and many organizations will unite together as one to celebrate this special event with a banquet on November 10, 2018, to recognize the outstanding dedication and hard work of healthcare providers and to celebrate their commitment to the legislative process, particularly in the 2018 session, where they contributed valuable testimony and expertise to policymakers; and

WHEREAS, having demonstrated an extraordinary commitment to the people of the State of Hawaii, Anabel Cabebe is recognized as an exemplary role model for all healthcare providers; now, therefore,

The Legislature of the State of Hawaii hereby commends and applauds Anabel Cabebe for demonstrating a steadfast commitment to workforce development and providing appropriate support services to our elderly and those with developmental disabilities and their families, and extends its warmest aloha and best wishes for continued success in all future endeavors.

The 29th Legislature, 2018

_____
Scott K. Saiki, Speaker of the House

_____
Representative John M. Mizuno

_____
Brian L. Takeshita, Chief Clerk

_____
Representative Romy M. Cachola



# Hawaii

Hula Girl Festival / Miss Hula Girl Teen
November 16th - 18th 2018

On behalf of the Hula Girl Festival Hawaii organization we thank you for being an active supporter for the very first Miss Hula Girl Teen Pageant and the 2018 Hula Girl Festival. In a appreciation of your support we present this certificate of recognition & acknowledgement as a founding member on this: 16th day of November, 2018.

## Anabel Gasmen Cabebe
### 2018 Hula Girl Festival

Johnny Kai, Executive Director
Hula Girl Festival
www.hulagirlfestivalhawaii.com



We have found the next BIG Star!

2018

The integrity of a talent competition is dependent on the quality of the judging and the validation of the winners can only be verified by the experiences of the judges. Thank you for your support and expertise in helping to select the winners for the 2018 Brown Bags to Stardom Statewide Finals. You are now a part of the... Legacy of Brown Bags to Stardom since its beginnings in 1980.

Anabel Gabman Iecuru JUDGE

Johnny Kai Productions
Creative Director & Innovative Solutions

BROWN BAGS TO STARDOM

# HAPPY 16TH ANNIVERSARY
# PRINCE OF PEACE CHURCH HAWAII

RECOGNITION AWARD GIVEN TO:

## ANABEL CABEBE

*COMMITTED IN FOOD PREPARATION & PRAYER*

GIVEN SUNDAY, SEPTEMBER 15, 2019

Rev. Zosima A. Ibrao
PASTOR ZOSIMA IBRAO

**The FilAm Courier**
*Hawaii's Leading Filipino Publication*

# CERTIFICATE of APPRECIATION

AWARDED TO

## Anabel Cabebe

In appreciation for your dedication, commitment, and contribution in making The Fil-Am Courier, Hawaii's leading Filipino Publication

Given this day, January 12, 2020

David Cordero
Owner/Publisher

Mary Cordero
Owner/Publisher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANABEL CABEBE,<br><br>Defendant. | CR. NO. CR. NO. 20-001 LEK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be duly served on the following parties as indicated below:

| | |
|---|---|
| GREGORY PARIS YATES<br>Assistant United States Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | **CM/ECF** |
| DARSIE ING-DODSON<br>U.S. Probations Office<br>300 Ala Moana Blvd., Room 2300<br>Honolulu, HI 96813 | **HAND-DELIVERY** |

DATED: Honolulu, Hawaii, January 26, 2021.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant

2