**ORIGINAL**   **RECEIVED**   Letter
CLERK, U. S. DISTRICT COURT

Rosy Esprecion Thomas
91-668 Kilaha St., Apr. i-3    JAN 25 2021
Ewa Beach, Hawaii  96706
**DISTRICT OF HAWAII**

January 23, 2021

United States District Court
State of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd., C-338
Honolulu, Hawaii  96850

Re: Anthony T. Williams
    Case No: 17-00101LEK
    Testimony: Anabel Cabebe's sentencing on January 27, 2021.

Certified Mail #: 7019-0700-0001-5049-4964

To whom it may concern,

I am sending this letter to submit the attached testimony into the court docket of Mr. Anthony T. Williams, Case #: 17-00101LEK.

Thank you,

*[signature]*
Rosy E. Thomas

Received By Mail
Date: JAN 25 2021