ORIGINAL

Rosy Esprecion Thomas
91-668 Kilaha Street, Apt. i-3
Ewa Beach, Hawaii  96706

January 23, 2021

Leslie E. Kobayashi
Magistrate Judge
U.S. District Court
State of Hawaii
Prince Kuhio Federal Bldg,
300 Ala Moana Blvd., C-338
Honolulu, HI  96850

Re: Testimony Against Anabel Gasmen Cabebe on her Sentencing: January 27, 2021

My name is Rosy Esprecion Thomas. Thank you, Honorable Judge Kobayashi, for giving me this opportunity to give my testimony in regards to Ms. Anabel Cabebe's sentencing day.

The following statements are my testimony based upon: 1). MEI client's phone call interviews, 2). Other care giver's personal statements, 3). My personal experiences and observations when I used to go to MEI-Mortgage Enterprises, Inc. (hereinafter: "MEI") with a close friend, Mary Jane Castillo, (hereinafter: MJ") who was Anthony Williams' trusted right hand person in his office, 4). Sam Tupenei and MJ were the last MEI employees. Before MJ quit MEI, per Anthony's instructions, she gave the MEI's pertinent papers to Sam and Mel Horner. MJ stated that "she has no other people she could trust 'to hold on' to those MEI papers for Anthony." 5) and as a last ditch effort to assist the MEI clients to not lose their homes in foreclosure until Anthony could be out of his incarceration, MJ asked Sam, Mel and myself (agreed to worked as Pro bono) to help the MEI clients.  Because Mel and I were also being foreclosed on, we knew how angry, feeling lost and frustrated these clients felt once the news spread that Anthony was taken into custody.  Sam, Mel and myself couldn't stand the thought of these MEI clients have no where to turn to, so our goal was to direct these clients in either: a). Apply for Home Modification and b). Call their Lenders and ask how or what they could do to not be foreclosed on. 6) Since I could speak three (3) different Filipino dialects, it was Mel H. who asked me to do the follow up phone calls from the list of MEI clients.

Ms. Anabel Cabebe (hereinafter: "Anabel"), is a well-known Foster Care Home Operator or called as a "Care giver." I used to own a Case Management Agency (hereinafter: "CMA"), whose function was to monitor and to ensure the state's compliance are being followed by the care

givers. MJ was a Care giver, just like Anabel. MJ was under my Agency, whereas, Anabel was under a different CMA.

I personally met Anabel when she met with me and my Mom at McDonald's in Aiea, back in 2013, to Notarized my Mom's and my MEI's application forms. Anabel did not charge me the notary fee because she told me she "was giving me a free service because I was one of the CMA."

The following are my factual statements:

1. Anthony T. Williams (hereinafter: "Anthony), did NOT know anyone in the islands when he first arrived on the Big Island back in 2013. It was Robin Kraikauer and Edna Franco who saw Anthony's YouTube videos on what he was doing to assist people on the mainland with foreclosure issues. It was Robin and Edna who summoned Anthony to come to the islands to assist them with their foreclosure issues. Eventually, it was Edna who later brought Anthony to Honolulu where she introduced Anthony to Henry Malinay and Anabel Cabebe. Eventually, Edna, Henry and Anabel were hired as employees of MEI. Angelina Passion and Rowena Valdez were not hired as MEI employees. Angelina and Rowena were "close associates and friends" with Henry Malinay

2. Based on Edna, Henry and Anabel's connectivity to the local community, and the Power of "word of mout" that spreads like "wild fire," It was them that referred/recruited clients to MEI since Anthony did not know of anyone in Hawaii before coming here. Anthony relied on: 1). Henry Malinay who was a long time and well known MLM- Multi Level Marketing person, in Hawaii, with his Xango products. I personally know Henry and his wife, Marilyn, who is an Insurance Agent at PFA-Premier Financial Alliance, where I was also an Insurance Agent of PFA from 2016-2018. Henry used to accompany his wife to our PFA meetings. Henry was asked by our PFA Leader to give a couple of Seminars in our PFA Agents' meetings on "How to Prospect Clients." 2). Edna Franco from the Big Island, was already assisting people with foreclosure issues there. 3). Angelina Passion was into Real Estate and had her own business as a Home Rental Management and 4). Rowena Valdez was Henry's close associate/assistant.

3. Through my phone interviews with the Maui clients, they stated that Rowena used to accompany Henry when they both went to Maui to recruit clients. Henry used to give seminars in one of Maui's hotel meeting rooms, or other meeting rooms they could get to schedule the seminar events, once or twice a month, back in 2013-2014. I have seen and read a copy of Henry's flyers that was distributed to the Maui clients, inviting people to his seminar. Rowena was the "collector" of the application fees received after the seminar, from the Maui clients, who decided to enroll.

4. Anabel is a Foster Care Home Operator who is well known in the local Filipino community. Anabel's role and function in MEI was to do Notary services to MEI clients. The Notary fees were already included with the MEI application fees and was not an extra charge.

5. Through my phone interviews with the clients, and other Care giver's personal statements, they revealed to me that Anabel charged $150 per transaction, as a separate charge, for her notary service.

6. Through my phone interviews with the clients, and by other Care giver's personal statements, Anabel was also charging separate fees for delivering the Motions to the client's homes to obtain their signatures on the documents, written and finalized by Anthony, if they could not come to the MEI office to pick it up, in the amount of $200. Per client's and other Care giver's statements, Anabel would refuse to deliver and give the Motions to the clients, if they did not pay up front, at the delivery date, in cash, but with no receipt given to the client.

7. Through my phone interviews with the clients, and by other Care giver's personal statements, Anabel also was charging separate fees from the clients, in the amount of $200, when she goes to the Bureau of Conveyances and at the court's clerk office to file their Motions and other paperwork. I remember, Anabel herself, informed me of these separate fees. She stated: "I have to get paid for the time I spent filing these forms."

8. Through my phone interviews with the clients, when they would come to the MEI office and make a cash payment given to Anabel, no receipt was given to the client. Even if the client were to ask for the receipt, client stated that they were told: "I'll give you the receipt later," but, it was never given.

9. Through my phone interviews with the clients, large sum of cash payments in the amount anywhere from $10,000 to $15,000 were collected either by Henry Malinay, Edna Franco, Anabel Cabebe, Angelina Passion and Rowena Valdez with no receipts given to the clients. According to the clients, they were met at "other locations" outside of MEI office to collect these "secret" cash payments.

10. Through my phone conversation with the clients, they were not aware of two different companies and these clients thought the "copy cat" company was one and the same as:1). Mortgage Enterprises, Inc., (Anthony's company) and 2) Mortgage Enterprise, founded by: Edna Franco, Henry Malinay, Anabel Cabebe, Angelina Passion and Rowena Valdez.

3

In conclusion, based upon these factual statements, Anabel Cabebe was in collusion with Anthony's previous employees, namely: Edna Franco, Henry Malinay, Anabel Cabebe, and Henry's close associate, Angelina Passion, these individuals colluded to: 1). Commit FRAUD against the clients for: a). not delivering the services they promised the clients: i.e. writing Motions for the clients because they have no knowledge of how to write these court documents b). Commit scam against the clients for collecting cash payments with no receipts, 3). Anabel scammed the clients for charging separate fees for Notary, delivery of Motions and filing documents at BOC and filing the Motions at the court's clerk office 2). Commit FRAUD against Anthony and Mortgage Enterprises, Inc. in their intended collusions for opening a "copy cat" company, Mortgage Enterprise, very similar to Anthony's Mortgage Enterprises, Inc.,to further deceived the clients of not knowing the difference between the two separate companies and 3). Anabel scammed, betrayed, and framed Anthony. Per Anthony, Anabel was like a "mother figure" to him, she was his Landlady, he respected her, and trusted her, then she did all these behind his back.

Although Anabel already pleaded "guilty" and may have had a "pre-arranged" pre-deal agreement "behind the scenes" due to her "cooperation" with the prosecutors, We the People's expectation from this court is to render the maximum penalty that Anabel deserved for the crimes she has committed against the local people of Hawaii. On behalf of all the clients she victimized, myself included, may she be sentenced to a maximum jail sentence that she rightfully deserved.

Respectfully yours,

Rosy Esprecion Thomas